AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY -2 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| United States of America<br>v.<br><br>Alfredo ORTEGA-Atecomila<br><br>*Defendant(s)* | ) ) ) ) Case No: 25-1089 MJ ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 27, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>18, 8, 50</u> U.S.C. §<u>1382(NDA), 1325(a)(1)(EWI Misdemeanor), 797(NDA)</u>, an offense described as follows:

Count 1: 8 USC 1325 Entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers
&
Count 2: 18 USC 1382 Entry of Military Property for Any Purpose Prohibited by Law
&
Count 3: 50 USC 797 Prohibits the Willful Violation of any Defense Property Security Regulation (Class A Misdemeanor)

This criminal complaint is based on these facts:
Count 1: On April 27, 2025, Border Patrol Agents from the Santa Teresa, New Mexico Border Patrol Station encountered the defendant in Dona Ana County, New Mexico. The defendant was questioned as to citizenship and stated that to be a citizen and national of Mexico, illegally present in the United States. Agents determined the defendant illegally crossed the boundary between the United States and Mexico on April 27, 2025, approximately five miles east of the Santa Teresa, New Mexico Port of Entry. The defendant did not present itself through a lawful Port of Entry; therefore, was not admitted or paroled by an Immigration Officer.
&

☒ Continued on the attached sheet.

*Complainant's signature*

Daniel Calzada, Agent
*Printed name and title*

Sworn to before me via telephone. ~~and signed in my presence.~~

Date: May 2, 2025

City and state: Las Cruces, N.M.

*Judge's signature*

GREGORY B. WORMUTH
U.S. MAGISTRATE JUDGE
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

**STATE AND DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA

V.

Alfredo ORTEGA-Atecomila

**Continuation of Statement of Facts:**
Count 2: On April 27, 2025, DEFENDANT, Alfredo ORTEGA-Atecomila entered a military reservation, post, fort, yard, station or installation, the NM National Defense Areas for a purpose prohibited by law, specifically illegal entry into the United States.
&
Count 3: On April 27, 2025, Alfredo ORTEGA-Atecomila was apprehended by U.S. Border Patrol, Alfredo ORTEGA-Atecomila did not have authorized access from the US ARMY to enter the NM National Defense Areas. Signs have been posted along the NM National Defense Areas stating in both English and Spanish that this is a restricted area, and that unauthorized entry is prohibited. Based on the location of DEFENDANT's apprehension by U.S. Border Patrol, the DEFENDANT illegally crossed the international border with Mexico into the United States through the NM National Defense Areas. Further DEFENDANT was apprehended in an area with posted signs prohibiting unauthorized entry.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Calzada, Daniel
Filing Agent