# PLEA/SENTENCING/DETENTION MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-1107 GBW | UNITED STATES vs. ORTEGA-ATECOMILA |
|---|---|

**Before The Honorable Gregory B. Wormuth, Chief United States Magistrate Judge**

| Hearing Date: | MAY 27, 2025 | Time In and Out: | 2:05-2:10 P.M./2:20-2:28 P.M. (2 MIN) |
|---|---|---|---|
| Clerk: | KRISTIN SOLIS | Digital Recording: | LCR-ORGAN |
| Defendant: | ALFREDO ORTEGA-ATECOMILA | Defense Counsel: | JOHN GRANBERG |
| AUSA: | DEVON ARAGON MARTINEZ | Interpreter: | MARCELA RENNA/ ENITH VALDES ORTIZ — ☐ Sworn  ☐ Waived |

- ☒ Defendant Sworn
- ☐ First Appearance
- ☐ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Information**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☐ Terms and conditions of proposed plea agreement explained.
- ☐ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **COUNT 1 OF THE INFORMATION**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentence Imposed: **TIME SERVED (as to count 1)**
- ☒ Defendant in custody   ☒ Conditions changed to: **O/R BOND**

Other Matters: **DEFENSE COUNSEL MOVES COURT TO RE-OPEN DETENTION HEARING AND PROFFERS IN SUPPORT OF RELEASE; GOVERNMENT OPPOSES RELEASE AND REQUESTS DEFENDANT BE DETAINED AS A FLIGHT RISK.
COURT RULING – COURT GRANTS MOTION TO RE-OPEN; COURT STATES THAT THE REMAINING CHARGES ARE FATALLY FLAWED.
COURT STATES, GIVEN THE WEAKNESS OF THE CASE, THE DEFENDAND SHOULD NOT BE DETAINED ANY FURTHER. COURT ORDERS DEFENDANT'S RELEASE ON OWN RECOGNIZANCE; ORDER WILL BE EFFECTIVE TOMORROW, 5/28/2025, AT 12:00 NOON.
GOVERNMENT CAN SEEK, BUT MUST RECEIVE A STAY FROM A DISTRICT JUDGE IF THEY WISH TO APPEAL.**